|  |  |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>                       Petitioner,<br>      v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                       Respondents. | Case No. 3:19-cv-00366-MMD-CBC<br><br>ORDER |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Michael Leon Williams, acting *pro se.*

On July 31, 2019, Williams filed a motion requesting copies of documents that he has filed in the action (ECF No. 7) and a motion requesting that the Court order the Respondents to increase his copy limit in the prison (ECF No. 8). The Court will grant the motion requesting copies of the documents he has filed in this case. However, the Court will deny Petitioner's motion for an order that his prison copy limit be increased because it does not appear at this point in this action that such an order is necessary for Williams to litigate this action.

It is therefore ordered that Petitioner's Motion for a Copy of Filed Documents (ECF No. 7) is granted. The Clerk of Court is directed to send to Petitioner a copy of his habeas petition and supporting exhibits (the documents filed at ECF Nos. 4, 4-1, and 6).

///
///
///
///
///

It is further ordered that Petitioner's Motion to Extend Petitioner's Prison Copy Work Limit (ECF No. 8) is denied.

DATED THIS 8th day of August 2019.

MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE