UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MICHAEL LEON WILLIAMS,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:19-cv-00366-MMD-CBC

ORDER GRANTING MOTION FOR EXTENSION OF TIME
(ECF NO. 10)

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Michael Leon Williams, *pro se.* Respondents were due to respond to Williams's habeas petition by September 6, 2019. (*See* ECF No. 3 (Order entered July 5, 2019).)

On August 30, 2019, Respondents filed a motion for extension of time (ECF No. 10), requesting a 60-day extension of time, to November 5, 2019, to file their response. Respondents' counsel states that the extension of time is necessary because of the time it took to acquire the state-court record.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 10) is granted. Respondents will have until and including November 5, 2019, to file their response to the petition for writ of habeas corpus.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered July 5, 2019 (ECF No. 3) will remain in effect (Petitioner will

///

have 60 days to file a reply to an answer, or 60 days to file a response to a motion to dismiss).

DATED THIS 3rd day of September, 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE