UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL LEON WILLIAMS,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:19-cv-00366-MMD-CBC

ORDER

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Michael Leon Williams, *pro se.* After a 60-day extension of time (ECF No. 11), Respondents were due to respond to Petitioner's habeas petition by November 5, 2019.

On October 28, 2019, Respondents filed a motion for extension of time (ECF No. 12) requesting a second extension of time of 45 days to December 20, 2019 to file their response. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 12) is granted. Respondents will have until and including December 20, 2019, to file their response to the petition for writ of habeas corpus.

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered July 5, 2019 (ECF No. 3) will remain in effect. Petitioner will have 60 days to file a reply to an answer, or 60 days to file a response to a motion to dismiss.

DATED THIS 29th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE