UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00366-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 21) on March 4, 2020. *Pro se* Petitioner, Michael Leon Williams, was due to respond to that motion by May 4, 2020. (*See* ECF No. 3.)

On May 1, 2020, Williams filed a motion for extension of time (ECF No. 31), requesting a 60-day extension of time, to June 30, 2020, to respond to the motion to dismiss. Williams states that the extension of time is necessary because he was recently transferred from Ely State Prison to the Northern Nevada Correctional Center. The Court finds that Williams' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Williams' motion for extension of time (ECF No. 31) is granted. Williams will have until and including June 30, 2020, to file a response to Respondents' motion to dismiss.

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered July 5, 2019 (ECF No. 3) will remain in effect.

DATED THIS 1st day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE