UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00366-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss (the "Motion") (ECF No. 21) on March 4, 2020. The *pro se* petitioner, Michael Leon Williams, was due to respond to the Motion by June 30, 2020. (*See* ECF No. 32.) Williams did not timely respond, but, on July 20, 2020, the Court received a letter from Williams (ECF No. 33) stating that he attempted to mail his response for filing but did not receive back a file-stamped copy of the response, and that he intends to attempt to mail it again. The Court will treat Williams' letter as a motion for extension of time and give Williams until and including August 21, 2020 to respond to the Motion.

It is therefore ordered that Petitioner's letter to the Court, filed July 20, 2020 (ECF No. 33) is treated as a motion for extension of time for his response to Respondents' motion to dismiss and is granted. Petitioner will have until and including August 21, 2020, to file a response to Respondents' motion to dismiss.

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered July 5, 2019 (ECF No. 3) will remain in effect.

DATED THIS 21st day of July 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE